IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELIA RUSSELL, JIM SPLAIN, SUE SPLAIN, JANELLE SPLAIN, SUSAN HOUSEL, JOHN CHAFFEE, CAROL FRENCH, CLAUD ARNOLD, LYNSEY ARNOLD, ROBERT DONOVAN, ROBIN DONOVAN, CAROLYN KNAPP, N.K., *a minor, by Carolyn Knapp, guardian,* M.K., *a minor, by Carolyn Knapp, guardian,* ANGEL UMBACH, DAVID UMBACH, and ALLISON KOLESAR, | : | Case No. 4:14-cv-00148 |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| CHESAPEAKE APPALACHIA, L.L.C., *et al.*, | : | |
| Defendants. | : | |

## ORDER
March 2, 2015

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED** that Defendants' Motion for Order (ECF No. 36) and Motion to Sever (ECF No. 38) are DENIED without prejudice.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge