# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA RUSSELL, JIM SPLAIN, SUE SPLAIN, JANELLE SPLAIN, SUSAN HOUSEL, JOHN CHAFFEE, CAROL FRENCH, CLAUDE ARNOLD, LYNSEY ARNOLD, CAROLYN KNAPP, N.K., A MINOR BY CAROLYN KNAPP, GUARDIAN, M.K., A MINOR BY CAROLYN KNAPP, GUARDIAN, and ALLISON KOLESAR,<br><br>    Plaintiffs,<br><br>v.<br><br>CHESAPEAKE APPALACHIA, L.L.C.,<br><br>    Defendant. | No. 4:14-CV-00148<br><br>(Judge Brann) |

## ORDER

### DECEMBER 27, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 66, is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge